# EXHIBIT 1

**Ann Nicholson Haralambie, Attorneys, P.C.**
3661 N. Campbell Avenue, #130
Tucson, Arizona 85719 1527
520/327 6287

| Bürgerliches Gesetzbuch §§ 1626 | German Civil Code Sec. 1626 |
|---|---|
| Fünfter Titel<br><br>Elterliche Sorge | |
| § 1626 Grundsätze | (Parental Custody - Account for increasing independence - Rights to be heard) |
| (1) Die Eltern haben die Pflicht und das Recht, für das minderjährige Kind zu sorgen (elterliche Sorge). Die elterliche Sorge umfaßt die Sorge für die Person des Kindes (Personensorge) und das Vermögen des Kindes (Vermögenssorge). | (1) The parents are obliged and entitled to take care of the minor child (parental custody). Parental custody comprises the care for the person of the child (personal custody) and the care for the property of the child (property custody). |
| (2) Bei der Pflege und Erziehung berücksichtigen die Eltern die wachsende Fähigkeit und das wachsende Bedürfnis des Kindes zu selbständigem verantwortungsbewußtem Handeln. Sie besprechen mit dem Kind, soweit es nach dessen Entwicklungsstand angezeigt ist, Fragen der elterlichen Sorge und streben Einvernehmen an. | (2) In their care for and education of the child the parents shall take into account the child's growing need to act responsibly and independently. In line with the child's development shall they talk with the child about questions of parental custody, and attempt to reach consent. |
| (3) Zum Wohl des Kindes gehört in der Regel der Umgang mit beiden Elternteilen. Gleiches gilt für den Umgang mit anderen Personen, zu denen das Kind Bindungen besitzt, wenn ihre Aufrechterhaltung für seine Entwicklung förderlich ist. | (3) To the welfare of the child belongs normally the access with both parents. The same applies for the access with other persons, to whom the child has relations which are good for the development of the child. |

g:Sorg\allg\"BGB"

# EXHIBIT 2

13:01 CDT 10/30/2013 #37343621 Submitted Electronically

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

### OFFICE OF RECORDER
# COUNTY OF ALAMEDA
### OAKLAND, CALIFORNIA

**LICENSE AND CERTIFICATE OF MARRIAGE**  201101005412

| Field | Value |
|---|---|
| 1A. First Name | BOGDAN |
| 1C. Current Last | RADU |
| 2. Date of Birth | 08/27/1978 |
| 3. State/Country of Birth | ROMANIA |
| 5. Address | 198 3RD STREET APT A311 |
| City | OAKLAND |
| State | CA |
| Zip | 94607 |
| Full Birth Name of Father | GEORGE RADU |
| Birthplace of Father | ROMANIA |
| Full Birth Name of Mother | FLOARE PACURAR |
| Birthplace of Mother | ROMANIA |
| 7A. First Name | PERSEPHONE |
| 7C. Current Last | SHON |
| Date of Birth | 8/8/1979 |
| State of Birth | PA |
| Address | 3422 COOLIDGE AVE |
| City | OAKLAND |
| State | CA |
| Zip | 94602 |
| Full Birth Name of Father | BRIAN SHON |
| Birthplace of Father | IL |
| Full Birth Name of Mother | JANET ANITA JOHNSON |
| Birthplace of Mother | CA |

Signature Date: 11/18/2011
Expiration Date: 02/18/2012
Name of County Clerk: PATRICK O'CONNELL
County of Issue: ALAMEDA

ALAMEDA COUNTY RECORDER 1106 MADISON ST. OAKLAND CA, 94607

Person Solemnizing: GEORGE RADU
198 3RD ST APT A311, OAKLAND, CA 94607

Witness: BRIAN SHON
1082 N CAMINO DEL CONDE, TUCSON, AZ 85718

City/County of Marriage: OAKLAND / ALAMEDA

Official Title: DEP MARR COMM

1106 MADISON ST. OAKLAND, CA 94607

Date Accepted for Registration: 11/18/2011

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

*002181959*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Recorder.

DATE ISSUED: NOV 18 2011

PATRICK O'CONNELL

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Recorder.

# EXHIBIT 3

**Ann Nicholson Haralambie, Attorneys, P.C.**
3661 N. Campbell Avenue, #130
Tucson, Arizona 85719 1527
520/327 6287

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# EL DORADO COUNTY
PLACERVILLE, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
**USE BLACK INK ONLY**

STATE FILE NUMBER: 1201309000646
LOCAL REGISTRATION NUMBER:

**THIS CHILD**
- 1A. NAME OF CHILD - FIRST: [REDACTED]
- 1B. MIDDLE: [REDACTED]
- 1C. LAST: [REDACTED]
- 2. SEX: MALE
- 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE
- 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND ETC: -
- 4A. DATE OF BIRTH - MM/DD/CCYY: [REDACTED]/2013
- 4B. HOUR - 24 HOUR CLOCK TIME: 0106

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY: BARTON MEMORIAL HOSPITAL
- 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION: 2170 SOUTH AVENUE
- 5C. CITY: SOUTH LAKE TAHOE
- 5D. COUNTY: EL DORADO

**FATHER/PARENT**
- 6A. NAME OF FATHER/PARENT - FIRST: BOGDAN
- 6B. MIDDLE: -
- 6C. LAST: RADU
- 7. BIRTHPLACE - STATE/COUNTRY: ROMANIA
- 8. DATE OF BIRTH - MM/DD/CCYY: 08/27/1975

**MOTHER/PARENT**
- 9A. NAME OF MOTHER/PARENT - FIRST: PERSEPHONE
- 9B. MIDDLE: JOHNSON
- 9C. LAST - BIRTH NAME: SHON
- 10. BIRTHPLACE - STATE/COUNTRY: PA
- 11. DATE OF BIRTH - MM/DD/CCYY: 08/05/1978

**INFORMANT AND BIRTH CERTIFICATION**
- 12A. PARENT OR OTHER INFORMANT - SIGNATURE: Persephone Shon
- 12B. RELATIONSHIP TO CHILD: PARENTS
- 12C. DATE SIGNED: 10/21/2013
- 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE
- 13B. LICENSE NUMBER: CA-C55705
- 13C. DATE SIGNED: 10/21/2013
- 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: KENNETH SPIELVOGEL, MD, 2175 SOUTH AVE, SOUTH LAKE TAHOE
- 15. LOCAL REGISTRAR - SIGNATURE: ALICIA PARIS-POMBO, MSc, MD
- 17. DATE ACCEPTED FOR REGISTRATION: 10/25/2013

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA } SS DATE ISSUED NOV 26 2013
COUNTY OF EL DORADO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the EL DORADO COUNTY RECORDER-CLERK.

*000228672*

William E. Schultz
EL DORADO COUNTY RECORDER-CLERK

This copy not valid unless prepared on engraved border displaying seal and signature of County Recorder-Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


```
BARTON MEMORIAL HOSPITAL                    10/21/2013
2170 SOUTH AVENUE
SOUTH LAKE TAHOE, CA
------------------------------------------------------

OUR MEDICAL RECORDS INDICATE THAT THE FOLLOWING CHILD:

             OCTAVIAN  SHON  RADU

WAS BORN IN THIS FACILITY

ON 10/20/2013   AT   0106 HOURS

MOTHER'S MAIDEN NAME:  PERSEPHONE  JOHNSON  SHON
MOTHER'S BIRTH PLACE:  PA              DOB: 08/05/1978

FATHER'S NAME:         BOGDAN  -  RADU
FATHER'S BIRTH PLACE:  ROMANIA         DOB: 08/27/1975

SEX OF CHILD: MALE
BIRTH ATTENDANT: KENNETH SPIELVOGEL, MD
```

*[signature]*
HOSPITAL REPRESENTATIVE

# EXHIBIT 4

# UNITED STATES OF AMERICA — DEPARTMENT OF STATE

0513829

## Consular Report of Birth Abroad

### OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that:

M█████ S██ F██

Sex MALE, born at LANDSTUHL, GERMANY.

On ██████ 2016

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

FRANKFURT, GERMANY

On AUGUST 09, 2016

MOTHER/FATHER/PARENTS

BOGDAN RADU

Date of Birth: AUGUST 27, 1975

PERSEPHONE JOHNSON SHON

Date of Birth: AUGUST 05, 1978

*Michele Thoren Bond*

Assistant Secretary for Consular Affairs

Date of Issuance: AUGUST 09, 2016

\* 06-20534-24 \*

159-7398538