# EXHIBIT 5

CERTIFIED TRANSLATION FROM GERMAN INTO ENGLISH

## Associated municipality Rodalben

Associated municipalities: Clausen, Donsieders, Leimen, Merzalben, Münchweiler a.d. Rodalb, Rodalben

Verbandsgemeinde, P.P box 1262, 66972 Rodalben

Einwohnermeldeamt (Resident Registration Office) Rodalben, Am Rathaus 9, 66972 Rodalben
Information provided by Mrs. Ernst Monika
direct-dial telephone: 06331 231142
fax: 06331 234267
room no. 3
e-mail:
Opening hours:
Monday and Tuesday
From 8:30 a.m. to 12:00 a.m. and from 02:00 p.m. to 04:00 p.m.
Thursday
From 8:30 a.m. to 12:00 a.m. and from 02:00 p.m. to 06:00 p.m.
Wednesday and Friday
From 08:30 a.m. to 12:00 a.m.

**Rodalben, July 23, 2018**

**Extended proof of residence according to the Article 18 Paragraph 2 of Federal Registration Act**

To be submitted to: the authority for child benefit

The Registration Authority confirms that the following information about **Radu Bogdan, born on 27th August 1975** is stored in the Resident Register:

| Place of birth: | Romania |
|---|---|
| Gender: | Male |
| Civil status: | Married |
| Civil status since: | 18.11.2011 |
| Citizenship: | American |
| Religion: | No information available, not affiliated with any religion, … |

The above-mentioned person is currently registered within our area of competence.

| Status | Residential address within | Moving-in date | Moving out |
|---|---|---|---|
| Sole place of residence | 66978 Merzalben, Höhstraße 14a | 01.04.2016 | |

| Relatives, legal Guardian or caretaker | |
|---|---|
| **Surname,** doctoral degree, if applicable | Relationship status to the registered person: **Wife** <br> Shon |
| **first and middle names** (underline name normally used) | <u>Persephone</u> Johnson |
| **Date of birth** | 5th August 1978 |
| **Address** (Street, house number, zip code, place) | 66978 Merzalben, Höhstraße 14a |
| **Surname,** doctoral degree, if applicable | Relationship status to the registered person: **child** <br> Radu |
| **first and middle names** (underline name normally used) | <u>O▓▓▓</u> S▓▓▓ |
| **Date of birth** | ▓▓▓▓ 2013 |
| **Address** | 66978 Merzalben, Höhstraße 14a |

1 | P a g e

BOTOCAN IONELA
traducător autorizat
engleză, germană, spaniolă
Aut. nr. 31260/2013

| | |
|---|---|
| (Street, house number, zip code, place) | |
| Surname, doctoral degree, if applicable | Relationship status to the registered person: **child** |
| | Radu |
| **first and middle names** (underline name normally used) | M███ S███ |
| Date of birth | ███ 2016 |
| Address (Street, house number, zip code, place) | 66978 Merzalben, Höhstraße 14a |

On behalf,
Illegible signature
**Official seal of the Associated municipality Rodalben**

END OF TRANSLATION

I, the undersigned **BOȚOCAN IONELA, certified interpreter and translator** for foreign languages ENGLISH, GERMAN and SPANISH, under the authorization no. 31260 from August 2013, issued by Ministry of Justice of Romania, **hereby confirm that this translation is an exact and direct translation from German into English,** that the text presented has been completely translated, without any omissions, and that, by translation, the content and meaning: of the document was not altered in any way. The document, whose full translation is requested, has as a whole a total of **2** page(s), bears the title of **Extended proof of residence** issued by **Associated municipality Rodalben** and was presented to me in full. The translation of the document presented to me has a number of 2 page(s) and was made upon the written application form registered and kept in the archive of the undersigned. A photocopy of the source document is also attached to the translation.

**CERTIFIED TRANSLATOR AND INTERPRETER,**

BOȚOCAN IONELA
CERTIFIED TRANSLATOR AND INTERPRETER
ENGLISH/GERMAN/SPANISH LANGUAGE
CIF (Tax Identification Number) 30448163
AUT. NO. 31260/2013
Head Office: BAIA MARE, 8 TRANSILVANIEI ST.
430213 MARAMURES COUNTY, ROMANIA
PHONE 0040 742 994 668
www.traduceribaiamare.ro
info@traduceribaiamare.ro

BOȚOCAN IONELA
traducător autorizat
engleză, germană, spaniolă
Aut. nr. 31260/2013

# VERBANDSGEMEINDE
# RODALBEN

Verbandsangehörige Gemeinden: Clausen, Donsieders, Leimen, Merzalben, Münchweiler a. d. Rodalb, Rodalben

Verbandsgemeinde, Postfach 1262, 66972 Rodalben

Einwohnermeldeamt Rodalben, Am Rathaus 9, 66976 Rodalben
Auskunft erteilt: Frau Ernst Monika
Durchwahl: 06331-234142
Fax: 06331-234267
Zimmer: 3
E-Mail:
Öffnungszeiten:
Montag und Dienstag
8.30 - 12.00 Uhr und 14.00 - 16.00 Uhr
Donnerstag
8.30 - 12.00 Uhr und 14.00 - 18.00 Uhr
Mittwoch und Freitag
8.30 - 12.00 Uhr
Rodalben, den 23.07.2018

Ihr Schreiben vom:                     Ihr Zeichen:

**Erweiterte Meldebescheinigung gemäß § 18 Abs. 2 Bundesmeldegesetz (BMG)**

Zur Vorlage bei: Erziehungsgeldstelle

Die Meldebehörde bestätigt, dass für

**Radu, Bogdan, geb. am: 27.08.1975**

folgende Daten im Melderegister gespeichert sind:

Geburtsort:            Romania
Geschlecht:            männlich
Familienstand:         verheiratet
Familienstand seit:    18.11.2011
Staatsangehörigkeit:   amerikanisch
Religion:              Ohne Angaben, gemeinschaftslos, ...

Oben genannte Person ist derzeit in unserem Zuständigkeitsbereich gemeldet.

| Status | Wohnanschriften innerhalb | Einzug | Auszug |
|---|---|---|---|
| Alleinige Wohnung | 66978 Merzalben, Höhstraße 14 a | 01.04.2016 | |

Bankverbindungen der Verbandsgemeindekasse Rodalben:
VR-Bank Südwestpfalz eG Rodalben    IBAN DE76 5426 1700 0000 0050 53    BIC GENODE61ROA
Sparkasse Südwestpfalz Pirmasens    IBAN DE59 5425 0010 0040 0000 36    BIC MALADE51SWP

BOȚOCAN IONELA
traducător autorizat
engleză, germană, spaniolă
Aut. nr. 31260/2013



| Angehörige, gesetzliche Vertreter oder Betreuer | |
|---|---|
| Familienname, ggf. Doktorgrad | Beziehungsstatus zur gemeldeten Person: Ehegatte<br>Shon |
| Vornamen (Rufnamen unterstr.) | Persephone Johnson |
| Tag der Geburt | 05.08.1978 |
| Anschrift (Str, Hnr, PLZ, Ort) | 66978 Merzalben, Höhstraße 14 a |
| Familienname, ggf. Doktorgrad | Beziehungsstatus zur gemeldeten Person: Kind<br>Radu |
| Vornamen (Rufnamen unterstr.) | ███ S███ |
| Tag der Geburt | ██.██.2013 |
| Anschrift (Str, Hnr, PLZ, Ort) | 66978 Merzalben, Höhstraße 14 a |
| Familienname, ggf. Doktorgrad | Beziehungsstatus zur gemeldeten Person: Kind<br>Radu |
| Vornamen (Rufnamen unterstr.) | Ma███n S███ |
| Tag der Geburt | ██.██.2016 |
| Anschrift (Str, Hnr, PLZ, Ort) | 66978 Merzalben, Höhstraße 14 a |

i. A. Ernst

*Verbandsgemeinde Rodalben* (seal)

**BOȚOCAN IONELA**
traducător autorizat
engleză, germană, spaniolă
Aut. nr. 31260/2013