1
2
3
4
5
6
7
# EXHIBIT 6
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFIED TRANSLATION FROM GERMAN INTO ENGLISH

## Associated municipality administration Rodalben

Associated municipalities: Clausen, Donsieders, Leimen, Merzalben, Münchweiler a.d. Rodalb, Rodalben

Verbandsgemeindeverwaltung, P.P box 1262, 66972 Rodalben

Bogdan Radu
Persephone Shon
Höhstraße 14a
66978 Merzalben

Phone no. (06331) 234-0
Fax no. (06331) 234-105
Opening hours:
Monday and Tuesday
From 8:30 a.m. to 12:00 a.m.
and from 02:00 p.m. to 04:00 p.m.
Wednesday and Friday
From 08:30 a.m. to 12:00 a.m.

| Your reference | Our reference | Operator: Mrs. Stephan | e-mail: svenja.stephan@rodalben.de | direct-dial telephone 06331/234-143 | Date: August 29, 2019 |
|---|---|---|---|---|---|

**Enrollment for children starting school 2020/2021**

Dear Mrs. Shon,
Dear Mr. Radu,

You are kindly asked to enroll your son O███ R██, who is required to begin the compulsory education in primary school at the beginning of the school year 2020/2021, **on Saturday, September 21, 2019 at 11:30 a.m.** at school building Merzalben (Bischof-Emanuel St. 13, 66978 Merzalben).

Must be enrolled:

1. All children, including children with disabilities, who were born between September 01, 2013 and August 31, 2014.
2. All children, including children with disabilities, who previously were deferred to attend school.

Your child doesn't have to be enrolled if he has already entered earlier in primary school.

In case the child starting school has apparent or non-apparent disability, please inform the school principal.

For the enrollment, you are required to bring along the child's birth certificate, the family register or the decision of admission/registration document and the addendum completely filled out.

In case you cannot meet the above-mentioned deadline, please contact us at the following phone 06395 993469.

Best regards,

**Associated municipality administration on behalf of the Elementary School Leimen-Merzalben**

END OF TRANSLATION

I, the undersigned **BOTOCAN IONELA, certified interpreter and translator** for foreign languages ENGLISH, GERMAN and SPANISH, under the authorization no. 31260 from August 2013, issued by Ministry of Justice of Romania, **hereby confirm that this translation is an exact and direct translation from German into English,** that the text presented has been completely translated, without any omissions, and that, by translation, the content and meaning: of the document was not altered in any way. The document, whose full translation is requested, has as a whole a total of **1** page(s), bears the title of **Enrollment for children starting school** issued by the **Associated municipality administration on behalf of the Elementary School Leimen-Merzalben** and was presented to me in full. The translation of the document presented to me has a number of 1 page(s) and was made upon the written application form registered and kept in the archive of the undersigned. A photocopy of the source document is also attached to the translation.

CERTIFIED TRANSLATOR AND INTERPRETER,

**BOTOCAN IONELA**
traducător autorizat
engleză, germană, spaniolă
Aut. nr. 31260/2013

1 | P a g e



# Verbandsgemeindeverwaltung Rodalben

Verbandsangehörige Gemeinden:
Clausen, Donsieders, Leimen, Merzalben, Münchweiler a. d. Rodalb, Rodalben

Verbandsgemeindeverwaltung, Postfach 1262, 66972 Rodalben

Bogdan Radu
Persephone Shon
Höhstraße 14a
66978 Merzalben

Telefon (06331) 234-0
Telefax (06331) 234-105

Öffnungszeiten:
Montag und Dienstag:
8.30 bis 12.00 Uhr und
14.00 bis 16.00 Uhr
Donnerstag:
8.30 bis 12.00 Uhr und
14.00 bis 18.00 Uhr
Mittwoch und Freitag:
8.30 bis 12.00 Uhr

| Ihr Schreiben-Dat./Az. | Unser Zeichen | Bearbeiter | E-mail | Telefon Durchwahl | Datum: |
|---|---|---|---|---|---|
| | | Frau Stephan | svenja.stephan@rodalben.de | 06331/234-143 | 29.08.19 |

**Anmeldung von Schulanfängern 2020/2021**

Sehr geehrte Frau Shon,
sehr geehrter Herr Radu,

Sie werden gebeten, das mit Beginn des Schuljahres 2020/2021 grundschulpflichtig werdende Kind ▓▓▓▓ R▓▓ **am Samstag, den 21.09.2019** um 11:30 Uhr im Schulhaus Merzalben (Bischof-Emanuel-Str. 13, 66978 Merzalben) anzumelden.

Es müssen angemeldet werden:

1. Alle Kinder, auch beeinträchtigte Kinder, die im Zeitraum vom 01. September 2013 bis 31. August 2014 geboren sind.
2. Alle Kinder, auch beeinträchtigte Kinder, die bisher vom Schulbesuch zurückgestellt waren.

Ihr Kind muss selbstverständlich nicht angemeldet werden, wenn es bereits vorzeitig eingeschult wurde.

Liegt eine offensichtliche oder vermutete Beeinträchtigung des anzumeldenden Kindes vor, so ist die Schulleiterin darauf hinzuweisen.

Zur Anmeldung ist die Geburtsurkunde des Kindes, das Familienstammbuch oder den Aufnahmebescheid/Registrierschein und das ausgefüllte Beiblatt mitzubringen. Bitte bringen Sie Ihr Kind zur Anmeldung mit.

Sollten Sie zu dem oben genannten Termin verhindert sein, melden Sie sich bitte unter der Telefonnummer 06395 993469.

Mit freundlichen Grüßen

*Ihre Verbandsgemeindeverwaltung im Auftrag der Grundschule Leimen-Merzalben*

Bankverbindungen der Verbandsgemeindekasse Rodalben:
VR-Bank Südwestpfalz eG Rodalben   IBAN DE76 5426 1700 0000 0050 53   BIC GENODE61ROA
Sparkasse Südwestpfalz Pirmasens     IBAN DE59 5425 0010 0040 0000 36   BIC MALADE51SWP
Datenschutz:
Informationen zur Verwendung Ihrer Daten finden Sie im Internet unter www.rodalben.de/datenschutz

BOȚOCAN IONELA
traducător autorizat
engleză, germană, spaniolă
Aut. nr. 31260/2013