# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bogdan Radu, | No. CV-20-00246-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Persephone Johnson Shon, | |
| Respondent. | |

The Court held an evidentiary hearing on July 29, 2020. (Doc. 15.) A continuation of the evidentiary hearing is currently scheduled for August 4, 2020, but the parties have informed the Court of a conflict with that date. Accordingly,

**IT IS ORDERED** that the evidentiary hearing currently set for August 4, 2020 is **continued to August 26 at 1:00 PM**, before Judge Rosemary Márquez.

Dated this 31st day of July, 2020.

_____
Honorable Rosemary Márquez
United States District Judge