UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ FILED _____ LODGED
_____ RECEIVED _____ COPY

AUG 2 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Preliminary Injunction   ☐ TRO   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number **4:20-CV-00246**   Judge Code **RM**   Date **07/29/2020**

**Bogdan Radu** vs. **Persephone Johnson Shon**

☐ Plaintiff/Petitioner   ☒ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 30 | | | Respondent's Verified Answer to Petition for Return |
| 31 | | 8/26/20 | German to English translations for "Address Verification I" and "Address Verification II" with Translation Certifications attached |
| 32 | | 7/29/20 | Condor Airline Booking Confirmation Invoice |
| 33 | | 8/26/20 | Letter of July 6, 2020 from Rev. John Lille, Lutheran Church of the Foothills |
| 34 | | 8/26/20 | Letter of July 10, 2020 from Emerge Center Against Domestic Abuse |
| 35 | | 8/24/20 | Letter of July 6, 2020 from Sherri Mikels-Romero, LCSW, PLLC with itemized invoice and Sherri Mikels-Romero's current CV/resume |
| 36 | | 8/26/20 | Two (2) recent payroll stubs for Persephone Johnson Shon from Pima County dated July 10, 2020 and July 24, 2020 |
| 37 | | 8/24/20 | Most recent report cards for T.R. and M.R. from the International School of Tucson (ending in March, 2020) |
| 38 | | 7/29/20 | E-mails from Bogdan Radu from August 31, 2019 to April 30, 2020 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number **4:20-CV-00246**     Judge Code **RM**     Date **07/29/2020**

**Bogdan Radu** _____ vs. **Persephone Johnson Shon** _____

☐ Plaintiff/Petitioner     ☒ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 39 | | 7/29/20 | Emails from Persephone Shon to Bogdan Radu dated June 4, 2019, September 7, 2019, September 15, 2019 and September 28, 2019 |
| 40 | | 7/29/20 | Texts from Bogdan Radu especially from Facebook messenger dated September 13, 2019 (inquiring whether Persephone has retained a criminal defense lawyer), October 27, 2019 (regarding storage of personal items) and December 1, 2019 (regarding storage fees) |
| 41 | | 7/29/20 | Email from Bogdan Radu to International School of Tucson dated December 9, 2019 |
| 42 | | | Google Maps from Hohstrasse 14A, Merzalben, Germany to Katzenbacher, Strasse 32, Schrollbach, Germany |
| 43 | | 8/26/20 | Family photos of Max and Tavi with Persephone and her family |
| 44 | | 8/24/20 | International School of Tucson Winter Market photo of Persephone, Max and Tavi (circa December 2019) and photos of Max and Tavi at birthday parties with students and friends from International School of Tucson |
| 45 | | | Max and Tavi's immunization, medical and dental records from Tucson healthcare providers |
| 46 | | | Copy of Persephone Shon's US passport, Social Security card, Arizona and California driver's licenses |
| 47 | | | Copy of Max and Tavi's passports and birth certificates |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number **4:20-CV-00246**   Judge Code **RM**   Date **07/29/2020**

**Bogdan Radu** ___ vs. **Persephone Johnson Shon** ___

☐ Plaintiff/Petitioner   ☒ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 48 | | | Marriage Certificate from Oakland, Alameda County, California |
| 49 | | | Bogdan Radu's resume/CV |
| 50 | | | Bogdan Radu's Texas Driver's License, US passport and Social Security card |
| 51 | | | Bogdan Radu's Romanian ID |
| 52 | | | Bogdan Radu's VA benefits |
| 53 | | | Bogdan Radu's Texas Unclaimed Property application and response from Texas |
| 54 | | | Bogdan Radu's life insurance documents |
| 55 | | | Marriage Timeline |
| 56 | | | Persephone Shon's Petition for Dissolution of Marriage, Affidavit RE: Minor Children, Verified Motion for Temporary Orders Under Rule 47, In Chambers Notice to Self Represented Litigants dated November 6, 2019, In Chambers Notice RE: Ex Parte Communication dated November 6, 2019 and Order to Continue Hearing Set for Friday, June 5, 2020 at 1:30 p.m. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number __4:20-CV-00246__   Judge Code __RM__   Date __08/26/2020__

__Bogdan Radu__   vs. __Persephone Johnson Shon__

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 57 | | | European Commission publication entitled "COVID-19" Guidelines for border management measures to protect health and ensure the availability of goods and essential services" dated March 15, 2020 |
| 58 | | | Emails from Bogdan Radu, Respondent's attorney Shaun P. Kenney, and correspondence from Lisa McNorton, Esq. to and from Kevin Brown at the International School of Tucson |
| 59 | | 8/26/20 | Enrollment records for Maximilian Radu at International School of Tucson |
| 60 | | 8/24/20 | Enrollment records for Octavian Radu at International School of Tucson |
| 61 | | | Email dated August 20, 2020 from Megan Aussprung at International School of Tucson regarding J1 Assessment Results for Octavian "Tavi" Radu |
| | | | |
| | | | |
| | | | |
| | | | |