UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bogdan Radu, | ) | |
| | ) | |
| Petitioner, | ) | CV-20-00246-TUC-RM |
| | ) | |
| vs. | ) | Tucson, Arizona |
| | ) | July 15, 2020 |
| Persephone Johnson Shon, | ) | 1:50 p.m. |
| | ) | |
| Respondent. | ) | |
| _____ __) | |

**REPORTER'S OFFICIAL TRANSCRIPT OF PROCEEDINGS**
**MOTION HEARING**

BEFORE THE HONORABLE ROSEMARY MARQUEZ
UNITED STATES DISTRICT JUDGE
TUCSON, ARIZONA

Anni Bryan, RDR, CRR
Official Court Reporter
(520)205-4268

Proceedings reported by realtime court reporter
Transcript prepared by computer-aided transcription

1                    A P P E A R A N C E S

2


3    For the Petitioner:

4            Ann Haralambie
             Ann Nicholson Haralambie Attorneys PC
5            3661 North Campbell Avenue, Suite 130
             Tucson, Arizona 85719
6
             Lisa McNorton
7            McNorton Fox PLLC
             4400 East Broadway, Suite 602
8            Tucson, Arizona 85711

9

     For the Respondent:
10
             Shaun Kenney
11           Kenney Law Firm PLC
             485 South Main Avenue, Building 3
12           Tucson, Arizona 85701

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **P R O C E E D I N G S**

2                    *   *   *

3          THE CLERK:  In civil matter 2020-246, Bogdan Radu

4   versus Persephone Johnson Shon, on for motion hearing.

5       Counsel, please state your appearance.

6          MS. MCNORTON:  Lisa McNorton on behalf of Petitioner

7   Bogdan Radu, who is appearing telephonically, along with

8   Ms. Haralambie.

9          MS. HARALAMBIE:  Ann --

10          THE COURT:  I'm sorry.  I couldn't hear you.

11          MS. HARALAMBIE:  Ann Haralambie for Petitioner, by

12   phone.

13          THE COURT:  Thank you.

14          MR. KENNEY:  May it please the Court, Shaun Kenney

15   with the Kenney Law Firm, appearing on behalf of Persephone

16   Johnson Shon, who is present, seated to my left.

17          THE COURT:  Good afternoon.

18       This is the time scheduled for a hearing on the petition

19   for return of the children to Germany and request issuance of

20   the order to show cause.  The issuance of the order -- the

21   order was filed on June 8th.

22       Let me inquire:  Where are the children physically at this

23   point?

24          MR. KENNEY:  Your Honor, the children are here in

25   Tucson, Arizona.  They reside with my client here.

1          THE COURT:  And did the parties bring the passports,

2    and were those turned into the clerk's office as of yet?

3          MR. KENNEY:  She has not turned them in.  We have them

4    here.

5          THE COURT:  Thank you.

6     I will order that those be turned into the clerk's office

7    after the hearing today.

8      At this point, was there anything from the petitioner that

9    you wanted to state on the record?

10          MS. MCNORTON:  Your Honor, I'll allow Ms. Haralambie

11   to address that with the Court, please.

12          THE COURT:  Thank you.

13     Ms. Haralambie, are you on the phone?

14          MS. HARALAMBIE:  I'm here, Your Honor.

15          THE COURT:  Are you on speakerphone?  We're having

16   trouble hearing you.

17          MS. HARALAMBIE:  I'm on a cordless phone, but I'm out

18   in the middle of the wilderness.

19          THE COURT:  Let's go ahead.

20     Was there something you wanted to put on the record?

21          MS. HARALAMBIE:  No.  I just wanted to inquire whether

22   the petitioner was also on the phone.  He had a call-in number.

23          THE PETITIONER:  Yes.  I'm here.

24          THE COURT:  The petitioner, Mr. Radu, is on the phone,

25   and Ms. Shon is present in the courtroom.

1      Thank you.

2      Mr. Kenney, anything else we needed to put on the record?

3  I am going to -- I do believe that we need to have a hearing on

4  the merits of the case.  But was there something else that you

5  needed to put on the record before I set the date for that

6  hearing?

7          MR. KENNEY:  Nothing further, other than to note that

8  we did get service on this case -- my client was personally

9  served July 1st.  If I'm not mistaken, under the rules, we

10  would have until July 22nd, which would be a week from today,

11  to file a response.  I do note there are citations under the

12  cause of action under 42 U.S.C. 11603(a).  I believe these

13  statutes have actually been moved and now are under Title 22

14  section 9000, 9001 et cet.

15          THE COURT:  What was it?  9000 --

16          MR. KENNEY:  9001 et cet.  It's under Title 22 U.S.C.

17  9000.

18          THE COURT:  Thank you.

19          MR. KENNEY:  Nevertheless, the law has been, pretty

20  much since 2015, transferred from 42 U.S.C. 11603 and 600

21  et cet right to 22 U.S.C. 9000 and 9001.

22          THE COURT:  Thank you.

23      So I do believe the response is due July 22nd.  I will

24  schedule the hearing for July 29th at 9:30 in the morning.

25  July 29th at 9:30.  And I will allow the parties to appear

1    telephonically, if need be, given the current COVID situation.

2        And, counsel, who will be arguing the petition?  Would that

3    be Mr. Haralambie or -- sorry.  Ms. McNorton, will you be

4    arguing?

5            MS. MCNORTON:  No, Your Honor.  That will be

6    Ms. Haralambie.

7            THE COURT:  Thank you.

8        Will you be in town at that point, Ms. Haralambie?

9            MS. HARALAMBIE:  I will not, unless the Court requires

10   my appearance.  I'm 68 years old; so if I can do it remotely, I

11   would prefer that.  I'm still going to be in New Hampshire.

12           THE COURT:  I would agree to allow you to appear

13   telephonically.  My only hesitation is that it's difficult for

14   my court reporter to hear you and for us to hear you clearly.

15   So --

16           MS. HARALAMBIE:  I don't know if there's a way to do

17   it via videoconference that would be any better.

18           THE COURT:  We can figure something out.  I will allow

19   you at this time to appear telephonically, and maybe we could

20   do a test run the day before, just to make sure that we're

21   hearing you clearly.

22           MS. HARALAMBIE:  Okay.

23           THE COURT:  Is there anything -- counsel, the clerk's

24   office is closed, I've been informed.  So you can hand the

25   passports, and we'll put them in an envelope and hand them to

```
1   my deputy clerk; and she can submit those to the clerk's

2   office.

3       Anything further, Counsel?

4           MS. MCNORTON:  Nothing further, Your Honor.

5           THE COURT:  Mr. Kenney, anything further?

6           MR. KENNEY:  Nothing from Respondent, Your Honor.

7   Thank you.

8           THE COURT:  Thank you.  You are excused.

9           MS. MCNORTON:  Thank you, Your Honor.

10           MS. HARALAMBIE:  Thank you, Your Honor.

11       (The proceedings were adjourned at 1:57 p.m.)

12                               *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **C E R T I F I C A T E**

2

3

4            I, Anni Bryan, Federal Official Realtime Reporter, in

5    and for the United States District Court for the District of

6    Arizona, do hereby certify that, pursuant to Section 753,

7    Title 28, United States Code, the foregoing is a true and

8    correct transcript of the stenographically reported proceedings

9    held in the above-entitled matter and that the transcript page

10   format is in conformance with the regulations of the Judicial

11   Conference of the United States.

12            Dated this 30th day of September 2020.

13

14

15                                    _____/s/Anni Bryan_____
                                      Anni Bryan, RDR, CRR
16                                    Official Court Reporter

17

18

19

20

21

22

23

24

25