**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bogdan Radu, | No. CV-20-00246-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Persephone Johnson Shon, | |
| Respondent. | |

On June 8, 2020, Petitioner Bogdan Radu filed a Petition for Return of Children to Germany ("Petition") pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("Convention") and its implementing legislation, the International Child Abduction Remedies Act, 42 U.S.C. § 9001, *et seq.* (Doc. 1.) The Court held a three-day evidentiary hearing on July 29, 2020 and August 26-27, 2020. (Docs. 15, 21-22.) On September 17, 2020, the Court issued an Order granting the Petition and ordering the return of minor children O.S.R. and M.S.R. to Germany. (Doc. 26.) The Court found, under Article 13(b) of the Convention, that the children would be at grave risk of psychological harm if returned to Germany in the custody of Radu, but it further found that such harm could be mitigated by ordering that the children be returned in the temporary custody of Respondent Persephone Johnson Shon ("Shon"). (*Id.* at 5.) The Court offered to hold a further hearing (*id.* at 6), but neither party requested one.

Instead, Shon appealed the Court's Order to the Ninth Circuit Court of Appeals. (Doc. 36.) This Court temporarily stayed its September 17, 2020 Order pending resolution

of the appeal. (Doc. 44.) On August 31, 2021, the Ninth Circuit held that this Court's September 17, 2020 Order "is permissible under the Convention," but it vacated and remanded for this Court "to reasonably ensure compliance with its alternative remedy in Germany." *Radu v. Shon*, 11 F.4th 1080, 1084 (9th Cir. 2021). The Ninth Circuit issued its mandate on September 22, 2021. (Doc. 51.)

The Court will set a further evidentiary hearing to address the likelihood of performance of its alternative remedy. In particular, the parties should be prepared to address (1) the likelihood that authorities in Germany would enforce this Court's September 17, 2020 Order; (2) the availability of legal measures in Germany to mitigate any risk of harm to O.S.R. and M.S.R.; (3) the feasibility of obtaining protective measures abroad or initiating German custody proceedings from abroad; (4) the pendency of any criminal charges in Germany against Shon related to the abduction of O.S.R. and M.S.R.; (5) the need for this Court to procure assistance from the United States Department of State Office of Children's Issues; and (6) the logistics of the children's return.

**IT IS ORDERED** that an evidentiary hearing is set for **November 3, 2021 at 2:00 p.m.**, before the Honorable Rosemary Márquez, at the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701. The parties shall refer to the Court's lobby monitors to check on the location of this hearing. The parties shall notify the Court at marquez_chambers@azd.uscourts.gov at least ten days prior to the hearing if they intend to call any witnesses who will testify via video-teleconference technology such as Zoom.

**IT IS FURTHER ORDERED** that the temporary stay issued on November 17, 2020 (Doc. 44) shall remain in place until further Order of this Court.

Dated this 13th day of October, 2021.

Honorable Rosemary Márquez
United States District Judge