**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bogdan Radu, | No. CV-20-00246-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Persephone Johnson Shon, | |
| Respondent. | |

On December 30, 2021, the Court granted Petitioner Bogdan Radu's Petition for Return of Children to Germany and ordered Respondent Persephone Johnson Shon to return minors O.S.R. and M.S.R. to Germany. (Doc. 77.) Respondent filed a Notice of Appeal (Doc. 78) and a Motion to Stay the Court's December 30, 2021 Order pending resolution of her appeal (Doc. 79). Petitioner did not respond to the Motion to Stay within the standard response deadline set by Local Rule of Civil Procedure 7.2(c), nor did he file a motion seeking an extension of the response deadline. On January 27, 2022, the Court granted Respondent's Motion to Stay and stayed its December 30, 2021 Order pending resolution of Respondent's appeal. (Doc. 87.)

On February 1, 2022, Petitioner filed an Opposition to Respondent's Motion to Stay. (Doc. 90.) On February 3, 2022, Petitioner filed a Motion to Obtain Passport Information for M.S.R. and Actual Pictures for O.S.R. and M.S.R. ("Motion for Passport Information and Pictures"). (Doc. 92.) Respondent filed a Response in opposition to Petitioner's Motion for Passport Information and Pictures. (Doc. 93.)

I.  **Opposition to Motion to Stay**

Because Petitioner filed his Opposition after this Court had already ruled on Respondent's Motion to Stay, the Court will construe the Opposition as a Motion for Reconsideration. Motions for reconsideration will ordinarily be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." LRCiv 7.2(g)(1). Petitioner's Opposition does not show that the Court's Order granting Respondent's Motion to Stay is manifestly erroneous, and it does not present any new facts or legal authority affecting the reasoning in that Order. Accordingly, the Court will deny Petitioner's Opposition to the extent it requests reconsideration of the Court's Order granting Respondent's Motion to Stay.

II. **Motion for Passport Information and Pictures**

In his Motion for Passport Information and Pictures, Petitioner requests information from M.S.R.'s newly renewed passport. (Doc. 92 at 1-2.) He also requests that the Court (1) order Respondent to present O.S.R. and M.S.R. to chambers, (2) take photographs of the children, and (3) mail the photographs in a sealed envelope via DHL to Petitioner's address in Germany or send them electronically via a Cisco sealed envelope messaging system to his email address on record. (*Id.* at 2-3.)

In opposition, Respondent argues that Petitioner "has not provided any rational reason" for his request for M.S.R.'s passport information, and that Petitioner does not need photographs of the children because the only documents needed for the children to travel to Germany are the children's United States passports, which are currently being held by the Clerk of Court. (Doc. 93.)

The Court agrees that Petitioner is entitled to a copy of M.S.R.'s newly renewed passport, given that he has equal custody rights under German law. The Court will partially grant Petitioner's Motion to the extent it seeks a copy of M.S.R.'s newly renewed passport and will direct the Clerk of Court to mail Petitioner a copy of that passport.

Petitioner has not adequately explained his need for photographs of O.S.R. and M.S.R., nor does he present any authority in support of his request to have court personnel take the photographs. As this unusual request falls outside the realm of services offered by the Court, and Plaintiff has not shown good cause for the request, the Court will deny Petitioner's Motion to the extent it seeks photographs of M.S.R. and O.S.R.

**IT IS ORDERED** that Petitioner's Opposition (Doc. 90), which the Court construes as a Motion for Reconsideration, is **denied**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Passport Information and Pictures (Doc. 92) is **partially granted and partially denied**, as follows:

1. Petitioner's request for a copy of M.S.R.'s newly renewed passport is **granted**. The Clerk of Court is directed to mail a copy of M.S.R.'s newly renewed passport to Petitioner's address of record.

2. Petitioner's request for photographs of O.S.R. and M.S.R. is **denied**.

Dated this 15th day of February, 2022.

_____
Honorable Rosemary Márquez
United States District Judge