**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bogdan Radu, | No. CV-20-00246-TUC-RM |
|        Petitioner, | **ORDER** |
| v. | |
| Persephone Johnson Shon, | |
|        Respondent. | |

On December 30, 2021, this Court granted Petitioner Bogdan Radu's Petition for Return of Children to Germany and ordered Respondent Persephone Johnson Shon to return minor children O.S.R. and M.S.R. to Germany within thirty days.  (Doc. 77.) Respondent appealed (Doc. 78), and this Court stayed its December 30, 2021 Order pending resolution of the appeal (Doc. 87).  On June 21, 2022, the Ninth Circuit Court of Appeals remanded for this Court to reconsider its ruling in light of *Golan v. Saada*, __ U.S. __, 142 S. Ct. 1880 (2022).  (Doc. 99.)

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1       **IT IS ORDERED** that on or before **July 15, 2022**, the parties shall file

2  simultaneous briefs, not to exceed **seven (7) pages** in length, addressing the impact on

3  this case of the United States Supreme Court's decision in *Golan v. Saada*.

4       Dated this 30th day of June, 2022.

_____
Honorable Rosemary Márquez
United States District Judge