**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bogdan Radu, | No. CV-20-00246-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Persephone Johnson Shon, | |
| Respondent. | |

On August 22, 2022, this Court granted Petitioner Bogdan Radu's Petition for Return of Children to Germany and ordered Respondent Persephone Johnson Shon to return minor children O.S.R. and M.S.R. to Germany. (Doc. 112.) The Clerk of Court entered judgment and closed this case. (Doc. 113.) The Ninth Circuit Court of Appeals affirmed. (Doc. 126.)

Currently pending before the Court is Petitioner's pro se Motion to Request/Execute an International Bench Arrest Warrant Against Respondent, in which Petitioner complains that Respondent has relocated O.S.R. and M.S.R. to Berlin, Germany, and has initiated custody proceedings there. (Doc. 130.) Petitioner asks this Court to issue a felony arrest warrant and to liaise with German law enforcement and the Federal Bureau of Investigation. (*Id.*) Respondent opposes the Motion (Doc. 131) and submits a translated copy of an interim order of a German family court suspending the joint custody of O.S.R. and M.S.R. and granting Respondent the sole right to determine residency, health care issues, and school matters (Doc. 131-1).

Petitioner has failed to show that this Court has any authority to grant the relief requested in his pending Motion. Respondent has returned O.S.R. and M.S.R. to Germany, as ordered by this Court, and this case is closed. It is up to the German courts to resolve custody issues.

**IT IS ORDERED** that Petitioner's Motion to Request/Execute an International Bench Arrest Warrant Against Respondent (Doc. 130) is **denied**. This case shall remain closed.

Dated this 14th day of June, 2023.

_____
Honorable Rosemary Márquez
United States District Judge